UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATE OF AMERICA, :

    Plaintiff, :

                                        CRIMINAL ACTION NO.

v. :

                                        1:10-CR-00127-MHS

LEE M. HUTLEY :

    Defendant. :

## ORDER

Presently before the Court are the Magistrate Judge's Report and Recommendation ("R&R") and defendant's objections to the R&R. After a _de novo_ review of the record, the Court concludes that the R&R is correct and defendant's objections lack merit. Accordingly, the Court ADOPTS the Magistrate Judge's R&R [#25] and DENIES defendant's motion to suppress evidence related to defendant's testimony at a job-related disciplinary hearing [#18].

Additionally, the R&R notes that defendant orally moved to suppress statements at the pretrial conference. See R&R at 1, n.1. The R&R explains that defendant's oral motion was supplemented/perfected by the motion to suppress evidence related to defendant's testimony at a job-related

disciplinary hearing [#18]. See id. Accordingly, the Court DENIES defendant's oral motion to suppress [Docket Entry 4/12/2010] because defendant supplemented/perfected his oral motion to suppress with the written motion to suppress, which the Court has now denied.

IT IS SO ORDERED, this 19th day of October, 2010.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia