IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEE M. HUTLEY | CRIMINAL ACTION<br>NO. 1:10-CR-127-RLH-1 |

## JUDGMENT OF ACQUITTAL

On November 30, 2010, the Court rendered a decision of "Not Guilty" as to the charges related to defendant Lee M. Hutley, contained in Counts One, Two, and Three of Criminal Indictment No. 1:10-CR-127-RLH-1.

IT IS HEREBY ORDERED that the Defendant is ACQUITTED as to ALL COUNTS and discharged as to this Indictment.

SO ORDERED on December 1, 2010.

s/Robert L. Hinkle
United States District Judge